EAST BATON ROUGE PARISH C-715659
Filed Feb 04, 2022 2:37 PM   26
Deputy Clerk of Court
FAX Received Feb 04, 2022

| | |
|---|---|
| SANDRA COLBORN | DOCKET NO.:        SECT.: |
| Plaintiff | |
| VERSUS | 19TH JUDICIAL DISTRICT COURT |
| | PARISH OF EAST BATON ROUGE |
| WAL-MART LOUISIANA, L.L.C. | STATE OF LOUISIANA |
| Defendant | |

*************************************************************************

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **Sandra Colborn**, a resident of the full age of majority of East Baton Rouge Parish, State of Louisiana, who respectfully represents:

1.

Made defendants herein are the following:

> **WAL-MART LOUISIANA, L.L.C.**, (hereinafter "WAL-MART"), or in the alternative, an affiliate thereof, upon information and belief, a foreign corporation, authorized to do and doing business in the State of Louisiana, with its agent for service of process being CT Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana, 70808.

2.

On or about March 20, 2021, Petitioner, **SANDRA COLBORN**, was a patron on the premises of WAL-MART, Store Number 1266, located at 2171 O'Neal Lane, Baton Rouge, Louisiana 70816.

3.

At or about the time and place alleged above, Petitioner was walking down an aisle pushing a shopping cart in the toy section at WAL-MART.

EXHIBIT A

4.

WAL-MART employees were working near the toy aisle placing new signage on the endcaps of the aisle.

5.

Petitioner tripped and fell onto a piece of metal shelving that extended into the toy aisle of WAL-MART.

6.

At all material times, WAL-MART, through the actions of its employees, had actual or constructive knowledge of the metal shelving that extended into the aisle as they were working on signage.

7.

Petitioner never saw or noticed the piece of metal shelving that extended into the aisle before she came in contact with the shelving.

8.

The presence of metal shelving extended into the aisle at WAL-MART presented an unreasonable risk of harm to patrons, such as Petitioner.

9.

The risk of harm was reasonably foreseeable to WAL-MART.

10.

WAL-MART failed to exercise reasonable care in light of their knowledge of the hazardous condition that caused the damage alleged herein.

11.

This incident was caused by the fault of the Defendant, WAL-MART, in the following non-exclusive respects:

a. By failing to maintain their premises in a safe condition;

b. By failing to warn Petitioner of the unsafe condition;

c. By failing to inspect the area and/or to remove such hazards;

d. By failing to prevent plaintiff from entering into what defendant knew or should have known was an unsafe area; and

e. Other acts of negligence that were the cause of this incident and will be shown at the trial of this matter.

12.

As a result of this trip and fall, **Sandra Colborn**, has sustained the following non-exclusive elements of damages:

a. Physical pain and suffering (past and future);

b. Mental anguish (past and future);

c. Loss of enjoyment of life (past and future);

d. Disfigurement and disability;

e. Medical Expenses (past and future);

f. Lost Wages/Earnings (past and future);

g. Loss of earning capacity;

h. Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

13.

Plaintiff, Sandra Colborn, requests a trial by jury on all issues.

14.

WHEREFORE, Petitioner, **SANDRA COLBORN**, prays that Defendant, be duly served with a copy of the foregoing petition, and after being cited to appear and answer same, and after lapse of all legal delays and due proceedings, there be a judgment herein in favor of **SANDRA COLBORN** and against Defendant, WAL-MART LOUISIANA, L.L.C., for all items of special damages incurred by Petitioner and such general damages as are reasonable in the premises, together with legal interest from the date of the judicial demand until paid, all costs of this proceeding, and all such other and equitable relief to which Petitioner may be entitled.

Respectfully Submitted:

DUDLEY DeBOSIER, P.L.C.

BY: _____
KIMBERLY B. LITEL, Bar No. 39493
1075 Government, St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 379-4937
Facsimile:    (225) 379-4987
klitel@dudleydebosier.com
*Counsel for Plaintiff, Sandra Colborn*

**PLEASE SERVE:**

**WAL-MART LOUISIANA, L.L.C.**
Through its agent for service of process
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808